DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREEDOM AUTO TRANSPORT, LLC,**
Appellant,

v.

**SAMSUNG FIRE AND MARINE INSURANCE COMPANY, LTD.** a/s/o
**TRIUS, INC.,**
Appellee.

No. 4D2023-0291

[March 21, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE18-011368.

Joseph D. Garrity and George L. Zinkler, III of Lorium Law, Fort Lauderdale, for appellant.

Stephen L. Barker of The Law Office of Stephen Barker, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***